■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GROARK, Appellant. [675 NYS2d 890] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered September 4, 1997, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his claim that the evidence was legally insufficient to prove that he was the perpetrator of the robbery (see, CPL 470.05 [2]; People v Gray, 86 NY2d 10; People v Udzinski, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

In addition, the defendant's sentence was not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contention is without merit. Miller, J. P., Sullivan, Friedmann and McGinity, JJ., concur.